**Benny CALLOWAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 71319.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 15, 1997.

**Jimmy PARSONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 71240.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 15, 1997.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

David C. Hemingway, Public Defender, St. Louis, for appellant.

John Munson Morris, III, Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Benny Calloway, appeals the judgment entered by the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and hold the findings and conclusions of the motion court are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm

the judgment of the motion court pursuant to Rule 84.16(b).